FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARLA BOE, and GABRIEL BOE, individually, and in their capacities as parents and guardians of minor student, O.B., and GRACIE BOE, individually,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MEAD SCHOOL DISTRICT,<br><br>　　　　　　　　Defendant. | NO: 2:23-CV-0319-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs. ECF No. 101. The parties agree that all of Plaintiffs' claims against Defendant should be dismissed with prejudice and without costs to either party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action against Defendant are hereby **DISMISSED** with prejudice and without costs to either party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED June 11, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2